In the Matter of the Claim of WILLIAM L. CUNNINGHAM, Respondent, against HUNTERSPOINT LUMBER AND SUPPLY COMPANY et al., Appellants.

THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 25, 1931; decided April 14, 1931.)

*Dickinson S. Talley* for appellants.

*John J. Bennett, Jr., Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order of the Appellate Division reversed and claim dismissed, with costs against the State Industrial Board in the Appellate Division and in this court, on the ground that the claimant at the time of the accident was not in the course of his employment; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.